IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AHMED SHARAWI | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 19-5133 |
| WWR PREMIER HOLDINGS, LLC | : |

## **O R D E R**

**AND NOW**, this  7th  day of January, 2020, upon consideration of Plaintiff's Motion to Remand (ECF No. 3) and Defendant's response thereto (ECF No. 4), it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**